**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **JUSTIN OLTMANNS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC.**<br><br>    **Defendant.** | **Civil Action No.:**<br><br>    **4:18-cv-00188-RSB-JEG** |

**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT**

Plaintiff, Justin Oltmanns, by and through his counsel, respectfully advises the Court of the filing of his Amended Complaint. The Amended Complaint is filed as of right under Fed. R. Civ. P. 15(a).

Further, Defendant has no opposition to the filing of the Amended Complaint as stated in their brief dated January 2, 2019.

Respectfully submitted this 4th day of January 2019.

    /S/ Nathanael E. Wright
    Nathanael E. Wright, Esq.
    State Bar No.: 141866
    210 East 31st Street
    Savannah, GA 31419
    912-238-2881
    912-231-1251 FAX
    nwrightesq@gmail.com
    **ATTORNEY FOR PLAINTIFF**

    /S/ Gwendolyn Fortson-Waring
    Gwendolyn Fortson Waring
    State Bar No.: 270110
    221 W. 31st Street
    Savannah, GA 31401
    (912) 477-5590
    (912) 238-0207 FAX
    gswaring@aol.com
    **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in the case with the foregoing **Plaintiff's Notice of Filing Amended Complaint** in accordance with this Court's Notice of Electronic Filing (NEF), which was generated as a result of electronic filing.

This 4th Day of January, 2019.

>/S/ Nathanael E. Wright
>Nathanael E. Wright, Esq.
>State Bar No.: 141866
>210 East 31st Street
>Savannah, GA 31419
>912-238-2881
>912-231-1251 FAX
>nwrightesq@gmail.com
>**ATTORNEY FOR PLAINTIFF**