# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JUSTIN OLTMANNS,

    Plaintiff,

v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC.; and GEORGIA STEVEDORE ASSOCIATION, INC.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-188

## O R D E R

After Defendants moved to dismiss Plaintiff's original Complaint, (doc. 10), Plaintiff filed an Amended Complaint, (doc. 16). The Amended Complaint moots the Motion to Dismiss. Lowery v. Ala. Power Co., 483 F.3d 1184, 1219 (11th Cir. 2007) ("an amended complaint supersedes the initial complaint and becomes the operative pleading in the case."); Perkins v. Kushla Water Dist., No. CIV.A. 13-00286-KD-B, 2013 WL 4511329, at *1 (S.D. Ala. Aug. 23, 2013) ("Because Plaintiff's amended complaint is now the operative pleading in this action; Defendants' motion [to dismiss] is moot.") (citing Pintando v. Miami-Dade Housing Agency, 501 F.3d 1241, 1243 (11th Cir. 2007); DeSisto College v. Line, 888 F.2d 755, 757 (11th Cir.

1983); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002)).

Accordingly, the Court **DISMISSES AS MOOT** Defendants' Motions to Dismiss.  (Doc. 10.)

**SO ORDERED**, this 11th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA