# United States District Court
## Southern District of Georgia

JUSTIN OLTMANNS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-188

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC. and GEORGIA STEVEDORE ASSOCIATION, INC.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 8, 2019, the Court DENIES Plaintiff's Request for Leave to Amend, GRANTS Defendant ILA's Motion to Dismiss, and GRANTS Defendant GSA's Motion to Dismiss. The Court DISMISSES with prejudice Plaintiff's action against Defendant International Longshoreman's Association Local 1475 Clerks and Checkers Union, Inc. and Defendant Georgia Stevedore Association, Inc. This case stands CLOSED.

Approved by: _____

July 19, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk