# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JUSTIN OLTMANNS,

    Plaintiff,

  v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS and CHECKERS; and GEORGIA STEVEDORE ASSOCIATION, INC.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-188

## O R D E R

The Judgment of this Court in the above entitled action having been AFFIRMED by the United States Court of Appeals for the Eleventh Circuit;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit is made the judgment of this court.

**SO ORDERED**, this 6th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA